

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert H. Zakar | Civil Action No. 16cv3029-CAB-JLB |
| Plaintiff, | |
| V. | |
| See Attachment | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

It is hereby Ordered that the unopposed motion to dismiss is Granted and the claims against the four defendants who filed the motion are Dismissed Without Prejudice. It is further Ordered that the lawsuit is Dismissed Without Prejudice in its entirety with respect to all claims against all defendants for failure to prosecute. It is So Ordered.

Date: 5/22/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Gutierrez
J. Gutierrez, Deputy

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.**  16cv3029-CAB-JLB

Defendant(s),
Nationstar Mortgage LLC; Mortgage Electronic Registration Systems, Inc.; U.S. Bank National Association, As Trustee for the Holders of the J.P. Morgan Alternative Loan Trust 2006-A4, Mortgage Passthrough Certificates also known as J.P. Morgan Alternative Loan Trust 2006-4, Mortgage Passthrough Certificates also known as U.S. Bank National Association, As Trustee also known as W/A/T/A U.S. Bank National Association, As Trustee for the Holders of the J.P. Morgan Alternative Loan Trust 2006-A4, Mortgage Passthrough Certificates; J.P. Morgan Mortgage Acquisition Corp.; J.P. Morgan Acceptance Corporation I also known as J.P. Morgan Acceptance Corporation I; Veriprise Processing Solutions LLC; Clear Recon Corp.; Does 1 through 100, Inclusive